

**FORMAL DEMAND LETTER**

To: DARREN TRUCKING COMPANY
5001 55TH AVE
HYATTSVILLE    MD 20781

Please be advised that the contracts referenced in the attached addendum and assigned to PACCAR Financial Corp. are in default due to the failure to make payments as required under the terms and conditions of the contracts. As of the date of this letter, the amount of the delinquency, including accrued late charges, is $7,972.76 Formal demand is hereby made that the contracts be brought current by payment in certified funds of the above-referenced amount, on or before JULY 12 2018. Wire transfer can be made to PACCAR Financial Corp. c/o Bank of America, N.A. and S A.Concord, CA  Account ███████   ABA routing #███████

If payment is not received by the date specified above, all contract balances will be accelerated and made due and payable immediately.

Failure to honor this demand will require that PACCAR Financial Corp. take steps to protect our security interest and recover our collateral. All costs and expenses of such action will be added to your accounts to the extent state law permits. In addition, PACCAR Financial Corp. reserves the right to seek recovery from you for any deficiency remaining after the sale of the collateral.

As required by law, you are hereby notified that a negative credit report, reflecting on your credit records, may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

Contact our office immediately to arrange for the resolution of these contract issues, or in the alternative, return the equipment to PACCAR Financial Corp.

| PACCAR Financial Corp. | Address: PFC Northeast Office |
| --- | --- |
| By: | 240 Gibraltar Road |
| Shante Gibson | Horsham, PA 19044 |
| Title: Collections Representative II | Phone: 215-957-1470 or 800-851-2576 |
| Date: July 5, 2018 | Fax: 215-957-9620 or 215-957-9821 |

Exhibit 4

# PACCAR FINANCIAL

**FORMAL DEMAND LETTER**

To: DERICK NOEL
5001 55TH AVE
HYATTSVILLE   MD 20781

Please be advised that the contracts referenced in the attached addendum and assigned to PACCAR Financial Corp. are in default due to the failure to make payments as required under the terms and conditions of the contracts. As of the date of this letter, the amount of the delinquency, including accrued late charges, is **$7,972.76** Formal demand is hereby made that the contracts be brought current by payment in certified funds of the above-referenced amount, on or before JULY 12 2018. Wire transfer can be made to PACCAR Financial Corp. c/o Bank of America, N.A. and S.A.Concord, CA Account ▓▓▓▓▓ ABA routing ▓▓▓▓▓

If payment is not received by the date specified above, all contract balances will be accelerated and made due and payable immediately.

Failure to honor this demand will require that PACCAR Financial Corp. take steps to protect our security interest and recover our collateral. All costs and expenses of such action will be added to your accounts to the extent state law permits. In addition, PACCAR Financial Corp. reserves the right to seek recovery from you for any deficiency remaining after the sale of the collateral.

As required by law, you are hereby notified that a negative credit report, reflecting on your credit records, may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

Contact our office immediately to arrange for the resolution of these contract issues, or in the alternative, return the equipment to PACCAR Financial Corp.

|  PACCAR Financial Corp. By: <br><br>Shante Gibson<br>Title: Collections Representative II<br>Date: July 5, 2018 | Address: PFC Northeast Office<br>240 Gibraltar Road<br>Horsham, PA 19044<br>Phone: 215-957-1470 or 800-851-2576<br>Fax: 215-957-9620 or 215-957-9621 |
|---|---|



FORMAL DEMAND LETTER

TO: DERICK NOEL
5001 55TH AVE
HYATTSVILLE   MD 20781

## Addendum to Formal Demand Letter

The following list contains the accounts and vehicles referred to on page one of this demand letter.

| Account Number | Year/Make | Past Due Payments | Amount Past Due | Late Charges/Fees | Total |
|---|---|---|---|---|---|
|  | 2018 / PB | 2 | $ 7,216.04 | $ 756.72 | $ 7,972.76 |
|  |  |  |  | $ | · |
|  |  |  |  | $ | · |
|  |  |  |  | $ | · |
|  |  |  |  | $ | · |
|  |  |  |  | $ | · |
|  |  |  |  | $ | · |
|  |  |  |  | $ | · |
|  | | TOTAL PAYMENT DUE | | | $ 7,972.76 |

```
ORIGIN ID:SGL        (215) 173-2342
                                        SHIP DATE: 05JUL18
                                        ACTWGT: 1.00 LB
                                        CAD: 470010/NET3980

HORSHAM, PA 19044
UNITED STATES US        BILL SENDER

TO  DERICK NOEL
    DARREN TRUCKING COMPANY
    5001 55TH AVE

    HYATTSVILLE MD 20781
    (240) 604-8558
                        REF: DEMAND LETTER


                                        FRI - 06 JUL 3:00P
7726 3601 7619                          STANDARD OVERNIGHT

                                                    20781
EP YKNA                                 MD-US        IAD
```