

One East Pratt Street
Suite 901
Baltimore, MD 21202
410.752.9700
Fax 410.727.5460

**Scott A. Thomas**
410.752.9761
sthomas@tydings.com

January 15, 2021

**VIA ECF**

The Honorable Gina L. Simms
United States Magistrate Judge
The United States District Court for the
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

      Re:    Noel, Derrick, *et. al.* v. PACCAR Financial Corp., *et al.*
              Case No.: 8:18-cv-03936-GLS

Dear Judge Simms:

      This firm represents defendant PACCAR Financial Corp. ("PFC") in this case. We are aware of the filing by co-defendant Bell & Williams Associates, Inc. ("B&W"), of correspondence pursuant to this Court's Letter Order dated November 19, 2019, concerning its proposed Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted.

      PFC also intends to file a motion to dismiss for failure to state a claim upon which relief can be granted.  The grounds for the motion are largely set forth in B&W's pre-motion submission (ECF No. 70).  For this reason, PFC will not repeat them here, and joins in and adopts those arguments as they apply to PFC for Counts I and III of the Third Amended Complaint.

      PFC adds that the same deficiencies B&W raises as to Counts I and III apply equally to Count II of the Third Amended Complaint that alleges a breach of contract against PFC based on the repossession.  As pointed out by B&W, Plaintiffs have still failed to set forth in compliance with this Court's strict pleading requirements precisely how the repossession was allegedly unlawful as to PFC and the other Defendants.  As a result, the Third Party Complaint in its entirety should be dismissed with prejudice.



Respectfully submitted,

      / s / *Scott A. Thomas*
Scott A. Thomas, Esquire (Bar # 11692)
Tydings & Rosenberg, LLP
One East Pratt Street, Suite 901
Baltimore Maryland 21202
(410) 752-9700 (phone)
(410) 727-5460 (fax)
sthomas@tydingslaw.com

*Attorneys for Defendant/*
*Cross-Plaintiff*
*PACCAR Financial Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of January, 2021, a copy of the foregoing was sent via the Court's ECF notification system to those receiving notice

      / s /    Scott A. Thomas
Scott A. Thomas